IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DOROTHY JEAN GALES                                                          PLAINTIFF

V.                                                CIVIL ACTION NO.: 4:08CV82-SAA-JAD

SHOE SHOW, et al                                                         DEFENDANTS

## AGREED ORDER

**IT IS HEREBY AGREED** among the parties that:

(1) The Plaintiff's Motion to Remand [6] is **GRANTED**; and

(2) this cause of action is **REMANDED** to the County Court of Washington County, Mississippi, from whence it came;

(3) therefore, this case is **CLOSED**.

**SO ORDERED**, this the October 14th, 2008.

                                                  **/s/ Sharion Aycock**
                                                  **U.S. DISTRICT COURT JUDGE**